# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.   DOCKET NO. 3:08mj48-MD

**ROBERT A. HICKS,**

   **Defendant.**
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating the pretrial release order entered by Magistrate Judge Miles Davis on March 19, 2008. Doc. 8.

Defendant was originally charged by information on January 15, 2008, in the Pensacola Division, and charged in three counts: **COUNT ONE**: Unlawfully driving a motor vehicle with knowledge that his license was suspended in violation of Section 322.34(2), Florida Statutes and Title 18, U.S.C. §§ 7 and 13; **COUNT**

**TWO:** Failing to provide proof of vehicle insurance in violation of Section 316.646, Florida Statutes and Title 18, U.S.C. §§ 7 and 13; and **COUNT THREE:** Unlawfully possessing, in a motor vehicle, a loaded Walther PPK .380 ACP weapon, in violation of Title 36, Code of Federal Regulations, Section 2.4(b).

On March 19, 2008, Defendant appeared before Judge Davis for his initial appearance on the Information.  The Public Defender was appointed and the order setting conditions of release entered.  Docs. 8 and 9.  Defendant was notified that his bench trial was scheduled for April 22, 2008.  On April 18, 2008, Defendant's counsel filed an emergency motion to continue the bench trial, doc. 12, which was granted, doc. 13, and Defendant's bench trial was rescheduled for May 28, 2008.  On May 27, 2008, Defendant's counsel filed another motion to continue, doc. 14, which was again granted, doc. 15, and Defendant's bench trial rescheduled to June 24, 2008.

On July 1, 2008, an annotation was entered on the docket indicating that the Defendant failed to appear for his bench trial on June 24, 2008.  Doc. 16.  On July 8, 2008, another annotation was entered on the docket verifying that the Defendant had been arrested in Carrabelle, Florida, on June 20, 2008, and was being held in the Franklin County Jail on charges of careless operation of a boat and boating under the influence.  Doc. 17.  On July 15, 2008, a warrant was issued and placed

as a detainer with the Franklin County Jail.  It is therefore clear that the failure to appear was due to Defendant's detention in County Jail, from which he has now been released to federal custody.

Accordingly, it is **ORDERED** that the Defendant shall appear before Magistrate Judge Elizabeth Timothy, in Pensacola, Florida, on September 23, 2008, at 1:30 P.M. for a bench trial.  Until that appearance, Defendant will remain subject to the conditions of the pretrial release order entered by Judge Davis on March 19, 2008.  Doc. 8.

SO ORDERED on August 29th, 2008.

s/Robert L. Hinkle
Chief United States District Judge
